

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2015

No. 04-15-00234-CV

**IN THE INTEREST OF J.F.B.**, et al., Children,
Appellants
From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 13-10-0610-CVW
Melissa Uram-Degerolami, Judge Presiding

## O R D E R

On May 20, 2015, appellant L.C., Jr. filed a "Motion to Abate, Recalculate Due Dates, and/or Remand for New Trial." Appellant contends that the court report has failed to file copies of all the exhibits moved into evidence at the trial below.

The motion is GRANTED IN PART. The court reporter is ORDERED to file a supplemental reporter's record containing all of the exhibits moved into evidence at trial within 10 days of the date of this order. *See* TEX. R. APP. P. 34.6(d). Appellant's brief will be due 20 days after the complete appellate record is filed in this court. *See* TEX. R. APP. P. 38.6(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court